IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN MIDDLETON, ET AL., )<br>)<br>Plaintiffs, )<br>)<br>vs. )<br>)<br>MARITIME AIR CHARTERS, LLC, )<br>ET AL., )<br>)<br>Defendants. )<br>_____ ) | Civ. No. 11-00060 HG-BMK<br><br>FINDINGS AND<br>RECOMMENDATION TO STRIKE<br>DEFENDANT MARITIME AIR<br>CHARTERS, LLC'S<br>COUNTERCLAIM |

FINDINGS AND RECOMMENDATION TO STRIKE DEFENDANT
MARITIME AIR CHARTERS, LLC'S COUNTERCLAIM

On November 30, 2011, this Court held a hearing with Plaintiffs' counsel and Defendant Lawrence Neu, who participated by phone. Defendant Maritime Air Charters, LLC, whose original counsel had withdrawn from the case prior to this hearing, was ordered to appear at the November 30, 2011 hearing with counsel. Counsel did not appear for Maritime Air Charters, and no one appeared on its behalf.

At the November 30, 2011 hearing, Lawrence Neu informed that Court that he is a minority owner of Maritime Air Charters. Neu stated that he had spoken to the majority owner of Maritime Air Charters, who informed him that the company does not have the financial means to seek counsel for this case.

Consequently, the Court directed the Clerk of Court to enter default against Maritime Air Charters. Default was entered against it on November 30, 2011.

On July 13, 2011, Maritime Air Charters filed a Counterclaim against Plaintiff Marc Nuzzo. (Doc. 43.) At the November 30, 2011 hearing, Plaintiff requested that the Counterclaim be dismissed. The Court agrees and finds good cause to dismiss the Counterclaim. Thus, in light of the default entered against Maritime Air Charters, the Court finds and recommends that Maritime Air Charters' Counterclaim against Marc Nuzzo be dismissed.

DATED: Honolulu, Hawaii, December 6, 2011.

IT IS SO ORDERED.



/S/ Barry M. Kurren
Barry M. Kurren
United States Magistrate Judge

Jonathan Middleton, et al. v. Maritime Air Charters, LLC, et al., Civ. No. 11-00060 HG-BMK; FINDINGS AND RECOMMENDATION TO STRIKE DEFENDANT MARITIME AIR CHARTERS, LLC'S COUNTERCLAIM.