IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JONATHAN MIDDLETOWN and MARC NUZZO,<br><br>    Plaintiff(s),<br><br>  vs.<br><br>MARITIME AIR CHARTERS, LLC; LAWRENCE NEU; JOHN DOES 1-10; AND DOE ENTITIES 1-10, INCLUSIVE,<br><br>    Defendant(s). | CV 11-00060 HG-BMK |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION (DOC. 100)

"Findings and Recommendation to Strike Defendant Maritime Air Charters, LLC's Counterclaim" (Doc. 100) having been filed and served on all parties on 12/6/2011, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, December 27, 2011.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge

Jonathan Middletown; Marc Nuzzo v. Martime Air Charters, LLC; Lawrence Neu; John DOES 1-10; and DOE Entities 1-10, inclusive; Civil No. 11-00060 HG; ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (DOC. 100).