```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF HAWAII

JONATHAN  MIDDLETON  and MARC  )    CV 11-00060 HG BMK
NUZZO,                         )
                               )
          Plaintiffs,          )
                               )
     vs.                       )
                               )
MARITIME AIR CHARTERS, LLC,    )
LAWRENCE NEU, JOHN DOES 1-10,  )
AND DOE  ENTITIES 1-10,        )
INCLUSIVE,                     )
                               )
          Defendants.          )
_____)
```

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (Doc. 122)

Findings and Recommendation having been filed and served on all parties on 2/23/2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation Regarding Default Judgment as to Defendant Maritime Air Charters, LLC" (Doc. 122) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, March 22, 2012.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge